IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHILLIP TROBAUGH | ) |
| | ) |
| v. | ) NO. 2:06-0083 |
| | ) JUDGE CAMPBELL |
| JAKE SHORT, et al. | ) |

ORDER

Pending before the Court is Defendant Short's Motion for Summary Judgment (Docket No. 15). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and Plaintiff's action is DISMISSED.

The pretrial conference set for January 14, 2008, and the trial set for January 29, 2008, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE